CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 24 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT MCKINLEY BLANKENSHIP, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOUTHWEST VIRGINIA REGIONAL ) <br> JAIL AUTHORITY, ) <br> Defendant. ) | Civil Action No. 7:15-cv-00670 <br><br> **ORDER** <br><br> By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** due to Plaintiff's failure to prosecute, pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED** without prejudice as moot; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 24th day of June, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge